## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on Sworn in on May 11, 2006**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| | : | **GRAND JURY ORIGINAL** |
| | : | |
| **V.** | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. § 242** |
| **JEROME MERRILL** | : | **(Deprivation of Civil Rights Involving the** |
| | : | **Use of a Deadly Weapon Resulting in** |
| | : | **Bodily Injury);** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | : | **(Use of a Firearm During and in Relation to** |
| | : | **the Commission of a Crime of Violence).** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
(Deprivation of Civil Rights)

On or about February 11, 2005, in the District of Columbia, the defendant, JEROME

MERRILL, a law enforcement officer employed by the District of Columbia Metropolitan Police

Department, while acting under color of law, did assault Wayne Morris, and thereby did willfully

deprive Wayne Morris of his right secured and protected by the Constitution and laws of the United

States to be free from the use of unreasonable force by one acting under color of law, and that said

assault involved the use and threatened use of a dangerous weapon, specifically, a firearm, and

resulted in bodily injury to Wayne Morris..

> **(Deprivation of Rights Under Color of Law While Using a Deadly Weapon and
> Resulting in Bodily Injury**, in violation of Title 18, United States Code, Section 242).

## COUNT TWO

(Use of a Firearm During and in Relation
to the Commission of a Crime of Violence)

On or about February 11, 2005, in the District of Columbia, the defendant, JEROME MERRILL, during and in relation to a crime of violence for which he could be prosecuted in a court of the United States, specifically, the use of excessive force as set forth in Count One above, used a firearm to commit a crime of violence by striking Wayne Morris with a firearm.

(**Use of a Firearm During and in Relation to the Commission of a Crime of Violence,** in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)**.**

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia