UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. O7-242 (RMC) |
| : | |
| JEROME MERRILL : | FILED |
| : | |
| Defendant. | OCT 5 – 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 5th day of October, 2007, ORDERED:

3. That if the defendant is released on bond that he is accompanied within forty-eight (48) hours by Metropolitan Police Department Sgt. Nicholas Kunysz, or his designee, to the Central Cell Block of the Metropolitan Police Department, and to the United States Marshal's Office for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of Metropolitan Police Department Sgt. Nicholas Kunysz, or his designee,, for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Magistrate Judge Deborah A. Robinson
United States District Court
For the District of Columbia