UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. O7-242 (RMC)** |
| | : | |
| v. | : | **JUDGE ROSEMARY M. COLLYER** |
| | : | |
| **JEROME MERRILL** | : | **HEARING JANUARY 4, 2008** |
| | : | |
| **Defendant.** | | |

## GOVERNMENT'S MOTION TO CONTINUE THE MOTIONS HEARING

For the reasons stated below, the government respectfully moves this court to continue the motions hearing in this matter until January 11, 2008. This motion is not opposed by the defense. In support of this motion, the government hereby states:

1. The Court previously scheduled a motions hearing in the above-referenced matter to commence on January 4, 2008. The government received the defense motion to suppress statements in this case on or about December 18, 2007.

2. After reviewing the defense's motion, the government attempted, without success, to contact the witness who took the defendant's statement, Sgt. Eric Levenberry. The government then submitted a request to MPD to have Sgt. Levenberry appear for a witness conference on today's date, January 2, 2008.

3. On today's date, Sgt. Levenberry failed to appear for the aforementioned witness conference. The government was able to contact Sgt. Eric Levenberry today, who informed the government that he has been out of the jurisdiction during the holidays, so he did not receive notice regarding the witness conference or motions hearing. Sgt. Levenberry further stated that he will not be returning to the jurisdiction until this weekend.

4. Accordingly, the government is requesting that the Court continue this matter to next week so that Sgt. Levenberry will be available for the hearing.

5. The government has contacted defense counsel, and he does not object to a continuance of this matter.

6. Defense counsel indicated that he may be starting a criminal trial in the Superior Court for the District of Columbia tomorrow. Generally, Judges in the Superior Court do not handle trial matters on Fridays. Therefore, the government is requesting that the Court continue this matter until next Friday, January 11, 2008, so that Sgt. Levenberry and defense counsel will be available for the motions hearing in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By:   _____/s/_____
John Cummings
Assistant United States Attorney
Member Maryland Bar
555 4th Street, N.W., Room 4838
Washington, DC 20530
(202) 514-7561
john.cummings@usdoj.gov

_____/s/_____
C. Douglas Kern
Ohio # 0072864
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
601 D St. NW
Washington, DC 20004
(202) 514-3204
Doug.Kern@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. O7-242 (RMC) |
| | : | |
| v. | : | JUDGE ROSEMARY M. COLLYER |
| | : | |
| JEROME MERRILL | : | HEARING JANUARY 4, 2008 |
| | : | |
| Defendant. | | |

## ORDER

The Court has before it the government's unopposed Motion to Continue the Motions Hearing in this case, which is currently scheduled to commence on January 4, 2008. The reasons stated in the government's motion establish good cause to briefly continue this matter. Accordingly, the government's motion is hereby granted.

The motions hearing currently scheduled for January 4, 2008, is hereby vacated. The motions hearing in this matter shall be held on the _____ day of January, 2008, at _____.

So ordered, this _____ day of January, 2008.

_____
Judge Rosemary M. Collyer
United States District Court
 For the District of Columbia

cc:   Rudy Acree, Esq.
      AUSA John Cummings, Esq.
      C. Douglas Kern , Esq.