| | METROPOLITAN POLICE DEPARTMENT<br>Washington, D.C.<br>**COMPLAINANT/WITNESS STATEMENT** | | 1. | P.D. 119 REV. 10/89<br>COMPLAINT NO.<br>054-942 | |
|---|---|---|---|---|---|
| 2. | NATURE OF INVESTIGATION<br>Police Use of Force Investigation | | 3. | UNIT FILE NO. | |
| 4. | STATEMENT OF: (Last, First, Middle)<br>Merrill, Jerome | | 5. | DOB<br>Adult | 6. SEX<br>Male |
| 7. | HOME ADDRESS<br>On File | | 8. | HOME PHONE<br>On File | |
| 9. | EMPLOYMENT (Occupation and Location)<br>Metropolitan Police Department Fifth district | | 10. | BUSINESS PHONE<br>On File | |
| 11. | LOCATION STATEMENT TAKEN<br>801 shepherd Street, N.W., Washington, D.C. | | | | |
| 12. | NAME OF OFFICER TAKING STATEMENT (If other than block 18<br>Sergeant Eric Levenberry          include signature) | | 13. | DATE/TIME STARTED<br>2/11/05  2104 | |

14. STATEMENT

I am Sergeant Eric Levenberry of the Metropolitan Police Departments Force Investigation Team. This office is investigating the facts and circumstances surrounding the allegation of a Serious Use of Force incident, which occurred on Friday, February 11, 2005, at approximately 1400 hours inside of 1822 North Capital Street, Northwest. The facts of this investigation will be turned over to the United States attorney's office for criminal and civil rights review.

Do you understand that this is a voluntary statement, and that you are not being compelled to give this statement?

Yes.

Do you understand that if you wish not to provide a statement it will not affect your employment with the Metropolitan Police Department?

Yes

Have you spoken to your Attorney?

Yes

What Attorney?

Robert Addes

Do you want to give a voluntary statement?

Absolutely

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

_____
Signature of Person Giving Statement

16. DATE/TIME ENDED
2/11/05  2313

17. Page 1 of 8 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
_____
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
_____
(Name and Signature)

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | | | P.D. 119 REV. 10/89 | | |
|---|---|---|---|---|---|
| | | 1. | COMPLAINT NO. 054-942 | | |
| 2. | NATURE OF INVESTIGATION Police Use of Force Investigation | 3. | UNIT FILE NO. | | |
| 4. | STATEMENT OF: (Last, First, Middle) Merrill, Jerome | 5. | DOB Adult | 6. | SEX Male |
| 7. | HOME ADDRESS On File | 8. | HOME PHONE On File | | |
| 9. | EMPLOYMENT (Occupation and Location) Metropolitan Police Department Fifth district | 10. | BUSINESS PHONE On File | | |
| 11. | LOCATION STATEMENT TAKEN 801 shepherd Street, N.W., Washington, D.C. | | | | |
| 12. | NAME OF OFFICER TAKING STATEMENT (If other than block 18 Sergeant Eric Levenberry          include signature) | 13. | DATE/TIME STARTED 2/11/05 2104 | | |

14. STATEMENT

Have you spoken to a union representative?

No

Do you want to speak with a union representative?

No

Do you want to speak with a counselor from EAP?

No I am ok

Do you understand that this statement will be utilized in a criminal investigation?

Yes

What tour of duty were you working today?

9 to 5:30P.M.

What are your days off?

Sunday & Monday

---

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

*[Signature]*
Signature of Person Giving Statement

16. DATE/TIME ENDED 2/11/05 2313

17. Page 2 of 8 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
*[Signature]*
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
*[Signature]*
(Name and Signature)

| METROPOLITAN POLICE DEPARTMENT<br>Washington, D.C.<br>**COMPLAINANT/WITNESS STATEMENT** | | 1. | P.D. 119 REV. 10/89<br>COMPLAINT NO.<br>054-942 | |
|---|---|---|---|---|
| 2. | NATURE OF INVESTIGATION<br>Police Use of Force Investigation | 3. | UNIT FILE NO. | |
| 4. | STATEMENT OF: (Last, First, Middle)<br>Merrill, Jerome | 5. | DOB<br>Adult | 6. SEX<br>Male |
| 7. | HOME ADDRESS<br>On File | 8. | HOME PHONE<br>On File | |
| 9. | EMPLOYMENT (Occupation and Location)<br>Metropolitan Police Department Fifth district | 10. | BUSINESS PHONE<br>On File | |
| 11. | LOCATION STATEMENT TAKEN<br>801 shepherd Street, N.W., Washington, D.C. | | | |
| 12. | NAME OF OFFICER TAKING STATEMENT (If other than block 18<br>Sergeant Eric Levenberry                  include signature) | 13. | DATE/TIME STARTED<br>2/11/05 2104 | |

14. STATEMENT

Were you in full uniform?

No, plain clothes

In your own words tell me what happened.

Members of the Fifth District Focus Mission Team were conducting a buy bust operation in the unit block of Seaton place, Northwest. I was in an observation post in the unit block of S Street, Northwest. Suspect-1 ( Wayne Morris) sold drugs to one of our undercover officers. After the illicit narcotics sale was complete, our undercover officer put out a lookout for a black male matching Mr. Morris's description. Members of the Fifth District Focus Mission arrest team moved in to stop Mr. Morris. As they were moving in for the arrest Mr. Morris entered the unit block of S Street, Northwest. It appeared as though Mr. Morris might get out of the reach of our arrest team. When Mr. Morris came into the unit block of S Street. I exited the observation post and shouted to Mr. Morris, " Metropolitan Police, put your hands up", at which time Mr. Morris fled on foot n/b on North Capitol Street, Northwest. At that time members of the arrest team were coming down North Capitol Street, and saw Mr. Morris. They jumped out of their vehicles and yelled police and for Mr. Morris to freeze. Mr. Morris kept fleeing on foot and then he ran inside of 1822 North Capitol Street, Northwest, (Convenience store). Mr. Morris then ran to the back of the store like he knew where he was going and he shut the door he ran through behind him. I could see through the door and I could see Mr. Morris behind the door. I kicked the door in and told Mr. Morris to get on the ground. He would not comply with my order and I attempted to put Mr. Morris on the ground. A struggle took place. I finally got Mr. Morris down and the struggle continued on the ground as Mr. Morris would not comply with my repeated orders to put his hands behind his back. I got Mr. Morris's right arm behind his back and at that point I moved to the side and another officer assisted with

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

_Signature of Person Giving Statement_

16. DATE/TIME ENDED
2/11/05 2313

17. Page 3 of 8 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | | P.D. 119 REV. 10/89 |
|---|---|---|
| | 1. | COMPLAINT NO. 054-942 |
| 2. NATURE OF INVESTIGATION Police Use of Force Investigation | 3. | UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle) Merrill, Jerome | 5. DOB Adult | 6. SEX Male |
| 7. HOME ADDRESS On File | 8. | HOME PHONE On File |
| 9. EMPLOYMENT (Occupation and Location) Metropolitan Police Department Fifth district | 10. | BUSINESS PHONE On File |
| 11. LOCATION STATEMENT TAKEN 801 shepherd Street, N.W., Washington, D.C. | | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) Sergeant Eric Levenberry | 13. | DATE/TIME STARTED 2/11/05 2104 |

14. STATEMENT

putting handcuffs on Mr. Morris. I am not sure which officer it was because things were happening rapidly and I was trying to catch my breath and I was struggling to get his left arm behind his back also. After I got his left arm behind his back the other officer grabbed it and placed handcuffs on his arm. I noticed Mr. Morris bleeding and the board was called to assist him.

I don't know if Mr. Morris obtained his injuries when I kicked the door in which he was behind or when we struggled to the ground and continued to struggle from there. Mr. Morris and I were wrestling as I was trying to get him into custody.

Q. When you first observed Mr. Morris where were you?
A. I was in the unit block of S Street, Northwest.

Q. Did you observed any injuries on Mr. Morris's head or face at that time?
A. No I did not he was about 30 feet away from me.

Q. Did you have a good view of Mr. Morris's face when he was 30 feet from you?
A. Yes

Q. Was Mr. Morris Bleeding when you made your original observation of him?
A. Not that I could see.

Q. Did you have a good view of Mr. Morris during your foot pursuit?
A.. He was about 40 feet in front of me and I could see the back of him.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

| 16. DATE/TIME ENDED 2/11/05 2313 |
|---|
| 17. Page 4 of 8 Pages |

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

| METROPOLITAN POLICE DEPARTMENT<br>Washington, D.C.<br>COMPLAINANT/WITNESS STATEMENT | | P.D. 119 REV. 10/89 | |
|---|---|---|---|
| | | 1. COMPLAINT NO.<br>054-942 | |
| 2. NATURE OF INVESTIGATION<br>Police Use of Force Investigation | | 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle)<br>Merrill, Jerome | | 5. DOB<br>Adult | 6. SEX<br>Male |
| 7. HOME ADDRESS<br>On File | | 8. HOME PHONE<br>On File | |
| 9. EMPLOYMENT (Occupation and Location)<br>Metropolitan Police Department Fifth district | | 10. BUSINESS PHONE<br>On File | |
| 11. LOCATION STATEMENT TAKEN<br>801 shepherd Street, N.W., Washington, D.C. | | | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18<br>Sergeant Eric Levenberry                include signature) | | 13. DATE/TIME STARTED<br>2/11/05  2104 | |

14. STATEMENT

Q. Was he bleeding when you made this observation?
A. Not that I could see

Q. When did you first notice Mr. Morris was injured?
A. After he was handcuffed and in custody.

Q. Who had contact with Mr. Morris from the time he entered the store until the time he was handcuffed?
A. Myself

Q. At least one other officer had contact with Mr. Morris based on your statement who was that?
A. Either Officer Bagshaw or Officer Greene

Q. Which of the two are black?
A. Greene is black.

Q. Are aware that there is a videotape of this incident?
A. Yes

Q. Who struck Mr. Morris in the head with an elbow?
A. Nobody that I saw

Q. Are you sure?
A. Yes

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED
2/11/05  2313

17. Page 5 of 8 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | | P.D. 119 REV. 10/89 1. COMPLAINT NO. 054-942 | |
|---|---|---|---|
| 2. NATURE OF INVESTIGATION Police Use of Force Investigation | | 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle) Merrill, Jerome | | 5. DOB Adult | 6. SEX Male |
| 7. HOME ADDRESS On File | | 8. HOME PHONE On File | |
| 9. EMPLOYMENT (Occupation and Location) Metropolitan Police Department Fifth district | | 10. BUSINESS PHONE On File | |
| 11. LOCATION STATEMENT TAKEN 801 shepherd Street, N.W., Washington, D.C. | | | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 Sergeant Eric Levenberry                       include signature) | | 13. DATE/TIME STARTED 2/11/05 2104 | |

14. STATEMENT

Q. Did you strike Mr. Morris in the head with your department issued Glock either intentionally or accidentally?
A. Not to my knowledge

Q. Why don't you know if you did or did not?
A. Because I did not see myself strike him and I did not feel it.

Q. Earlier you stated you were able to get inside the door of the room where Mr. Morris ran into correct?
A. Correct

Q. When you encountered Mr. Morris in the room was he facing you or facing away from you?
A. He was facing me with his hands up under his coat.

Q. What action did you take?
A. I told him to get on the ground and when he did not get on the ground I tried to put him on the ground.

Q. How did you try to get him on the ground?
A. I pulled him by his jacket we started wrestling and he started resisting by pulling away. I pulled him to the ground by grabbing his jacket.

Q. Did you notice him bleeding at this time?
A. No, I was not looking at his face. I was trying to get his arms under control.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED 2/11/05 2313

17. Page 6 of 8 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

| | METROPOLITAN POLICE DEPARTMENT<br>Washington, D.C.<br>COMPLAINANT/WITNESS STATEMENT | | P.D. 119 REV. 10/89 |  |
|---|---|---|---|---|
| | | 1. | COMPLAINT NO.<br>054-942 | |
| 2. | NATURE OF INVESTIGATION<br>Police Use of Force Investigation | 3. | UNIT FILE NO. | |
| 4. | STATEMENT OF: (Last, First, Middle)<br>Merrill, Jerome | 5. | DOB<br>Adult | 6. SEX<br>Male |
| 7. | HOME ADDRESS<br>On File | 8. | HOME PHONE<br>On File | |
| 9. | EMPLOYMENT (Occupation and Location)<br>Metropolitan Police Department Fifth district | 10. | BUSINESS PHONE<br>On File | |
| 11. | LOCATION STATEMENT TAKEN<br>801 shepherd Street, N.W., Washington, D.C. | | | |
| 12. | NAME OF OFFICER TAKING STATEMENT (If other than block 18   include signature)<br>Sergeant Eric Levenberry | 13. | DATE/TIME STARTED<br>2/11/05 2104 | |

14. STATEMENT

Q. When you and he were wrestling did he ever hit the back of his head on something or make a verbal sound of distress?
A. He was grunting the whole time. I did not notice him hit his head but he could have hit his head on the ground.

Q. Mr. Morris has injuries on the top of his head and over his right eye. Do you know how Mr. Morris sustained his injuries?
A. No I do not

Q. Did Officer Greene strike Mr. Morris in the head in any manner or kick Mr. Morris?
A. Not that I saw

Q. Was your Glock service weapon in your left hand during your entire encounter with Mr. Morris?
A. Yes

Q. Did Mr. Morris ever tell you how he sustained his injuries?
A. No

Q. Did Mr. Morris ever say anything to you?
A. No, he was just complaining he was bleeding.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED
2/11/05 2313

17. Page 7 of 8 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | | 1. | P.D. 119 REV. 10/89 COMPLAINT NO. 054-942 | |
|---|---|---|---|---|
| 2. | NATURE OF INVESTIGATION Police Use of Force Investigation | 3. | UNIT FILE NO. | |
| 4. | STATEMENT OF: (Last, First, Middle) Merrill, Jerome | 5. DOB Adult | | 6. SEX Male |
| 7. | HOME ADDRESS On File | 8. | HOME PHONE On File | |
| 9. | EMPLOYMENT (Occupation and Location) Metropolitan Police Department Fifth district | 10. | BUSINESS PHONE On File | |
| 11. | LOCATION STATEMENT TAKEN 801 shepherd Street, N.W., Washington, D.C. | | | |
| 12. | NAME OF OFFICER TAKING STATEMENT (If other than block 18 Sergeant Eric Levenberry           include signature) | 13. | DATE/TIME STARTED 2/11/05  2104 | |
| 14. | STATEMENT | | | |

Q. What was going through your mind with your encounter with Mr. Morris?
A. I was trying to effect the arrest and pat him down for weapons.

Q. So far in your statement you have articulated that you were involved in a physical confrontation with Mr. Morris after he committed a crime. It is clear that you did not observe any head injuries to Mr. Morris prior to your contact with him. However, after your contact with Mr. Morris you did observe him bleeding. You further assert that you do not know how he sustained his injuries. Is that accurate?
A. Yes, I do not know if his injuries occurred when I kicked the door in or when I took him to the ground.

Q. What was going through your mind with your encounter with Mr. Morris?
A. I was trying to affect the arrest and pat him down for weapons.

Q. So far in your statement you have articulated that you were involved in a physical confrontation with Mr. Morris after he committed a crime. It is clear that you did not observe any head injuries to Mr. Morris prior to your contact with him. However, after your contact with Mr. Morris you did observe him bleeding. You further assert that you do not know how he sustained his injuries. Is that accurate?
A. Yes, I do not know if his injuries occurred when I kicked the door in or when I took him to the ground.
Q. Is there anything you would like to add to your statement that I may not have asked you? A. Yes out of the many arrests that I have had or contacts with suspects I have never had a use of force issue or complaint, ever.

Thank you for your time and providing the Force Investigation Team with this voluntary statement.

| 15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)". | |
|---|---|
| Signature of Person Giving Statement | 16. DATE/TIME ENDED 2/11/05 2313 |
| | 17.    Page 8 of 8 Pages |
| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: (Name and Signature) | PERSON WITNESSING THE SIGNATURE IN BLOCK 15: (Name and Signature) |