UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-242 (RMC)** |
| v. | : | **JUDGE ROSEMARY M. COLLYER** |
| **JEROME MERRILL** | : | **HEARING JANUARY 4, 2008** |
| **Defendant.** | : | |

## ORDER

The Court has before it the government's unopposed Motion to Continue the Motions Hearing in this case, which is currently scheduled to commence on January 4, 2008. The reasons stated in the government's motion establish good cause to briefly continue this matter. Accordingly, the government's motion is hereby granted.

The motions hearing currently scheduled for January 4, 2008, is hereby vacated. The motions hearing in this matter shall be held on the ____ day of January, 2008, at _____.

So ordered, this __2__ day of January, 2008.

/s/ Rosemary M. Collyer
Judge Rosemary M. Collyer
United States District Court
 For the District of Columbia

cc:   Rudy Acree, Esq.
      AUSA John Cummings, Esq.
      C. Douglas Kern, Esq.