UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. O7-242 (RMC) |
| | : | |
| v. | : | JUDGE ROSEMARY M. COLLYER |
| | : | |
| JEROME MERRILL | : | TRIAL: FEBRUARY 11, 2008 |
| | : | |
| Defendant. | : | |

**FILED**

JAN 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

The Court has before it the government's unopposed Motion for Deposition of a Government Witness. The Court finds that sufficient circumstances exist to warrant the taking of a deposition in this case, and that doing so serves the interests of justice. Accordingly, the Court hereby orders that a deposition be taken of Dr. Tracy St. John on or before February 1, 2008. The parties shall agree upon a time, date, and place for the deposition, and the deposition shall be recorded and transcribed by a certified court reporter. The parties shall note any objections on the record during the deposition, and the court will address any such objections prior to trial in this matter.

So ordered, this __15th__ day of January, 2008.

*[signature]*

Judge Rosemary M. Collyer
United States District Court
For the District of Columbia

cc:   Rudy Acree, Esq.
      AUSA John Cummings, Esq.
      C. Douglas Kern , Esq.