UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-242 (RMC) |
| | : | Hon. Rosemary M. Collyer |
| **V.** | : | NOTICE OF APPEARANCE |
| **JEROME MERRILL,** | : | |
| Defendant. | : | |

Now comes the government, by and through its undersigned counsel, and gives notice that **DOUGLAS KERN** shall appear on behalf of the government in this case. Please direct correspondence and related materials regarding this case as follows:

>Douglas Kern
>United States Department of Justice
>Civil Rights Division
>Criminal Section
>601 D St. NW
>Washington, DC 20004
>w: 202-616-9664
>f: 202-514-8336
>E-mail: doug.kern@usdoj.gov

Respectfully submitted,

**/s/ Douglas Kern**
Douglas Kern
United States Department of Justice
Civil Rights Division
Criminal Section
601 D St. NW
Washington, DC 20004
w: 202-616-9664
f: 202-514-8336
E-mail: doug.kern@usdoj.gov