## Jury Note

UNITED STATES OF AMERICA

**FILED**

FEB ~~~ 2008

vs.

CR 07-242 RMC

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEROME MERRILL

the vcr and/or VHS are not working
properly. Please assist

yes indeed!

RMC

---
2/15/08
DATE

_____
JURY FOREPERSON

## **Jury Note**

UNITED STATES OF AMERICA

**FILED**

FEB 1 5 2008

vs.                                                                CR 07-242 RMC

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEROME MERRILL

Can we have a tape measure or yardstick or ruler?

We'll try to get you a measure

RMC

2/15/08
DATE

JURY FOREPERSON

## **Jury Note**

UNITED STATES OF AMERICA

**FILED**

vs.

FEB 1 5 2008          CR 07-242 RMC

JEROME MERRILL

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

We have a verdict on both counts.

_2/15/08_
DATE

JURY FOREPERSON