UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-242 (RMC) |
| | : | |
| v. | : | |
| | : | **FILED** |
| JEROME MERRILL | : | |
| | : | FEB 1 5 2008 |
| Defendant. | : | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## VERDICT FORM

1. How do you find the defendant, Jerome Merrill, as to the charge of Deprivation of Civil Rights Under Color of Law Involving Use or Threatened Use of a Dangerous Weapon, or Resulting in Bodily Injury, occurring on or about February 11, 2005?

    __X__ Not Guilty          _____ Guilty

2. How do you find the defendant, Jerome Merrill, as to the charge of Using a Firearm During and in Relation to the Commission of a Crime of Violence, occurring on or about February 11, 2005?

    __X__ Not Guilty          _____ Guilty

Date: 2/15/08

Time: 4:02

_____

Foreperson                                                          Juror No. 9